**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000452
28-FEB-2025
09:11 AM
Dkt. 89 OCOR**

NO. CAAP-21-0000452

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CHANG Y. AIONA, V, Plaintiff-Appellant,
v.
COUNTY OF HAWAIʻI; JOHN A. MEDEIROS, individually
and official capacity, Defendants-Appellees,
and
DOE PERSONS 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; ROE "NONPROFIT" CORPORATIONS 1-10;
and ROE GOVERNMENTAL ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC16100342K)

ORDER OF CORRECTION
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition
Order entered on February 27, 2025 (docket no. 87) in the above
case is hereby corrected as follows:

---

[1] Wadsworth, Presiding Judge, Nakasone and McCullen, JJ

On page 14, the year at the end of the "DATED" line, "2024" should be replaced with "2025" so that as corrected, the text reads: "DATED:  Honolulu, Hawaiʻi, February 27, 2025."

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, February 28, 2025.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge